**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LONNIE E. WILLIAMS                                                             PLAINTIFF

v.                                NO. 4:12CV00393 JLH

ASBURY AUTOMOTIVE GROUP,
INC., and NP VKW, LLC                                       DEFENDANTS

**<u>ORDER</u>**

The amended final scheduling order set this matter for bench trial sometime during the week of November 18, 2013, in Little Rock, Arkansas. The Court has determined that the bench trial will begin at **9:15 a.m. on TUESDAY, NOVEMBER 19, 2013**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Counsel should be present by 8:30 a.m.

IT IS SO ORDERED this 12th day of November, 2013.

                                                                   _____
                                                                   J. LEON HOLMES
                                                                   UNITED STATES DISTRICT JUDGE