**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

LONNIE E. WILLIAMS                                                                                     PLAINTIFF

v.                                              No. 4:12CV00393 JLH

ASBURY AUTOMOTIVE GROUP, INC.;
and NP VKW LLC, d/b/a NORTH POINT
MAZDA/VOLKSWAGEN                                                                              DEFENDANTS

**JUDGMENT**

Pursuant to the Findings of Fact and Conclusions of Law entered separately today, judgment is entered in favor of Lonnie E. Williams against N.P. VKW LLC, d/b/a North Point Mazda/Volkswagen, in the amount of $117,821.56 plus post-judgment interest to accrue at the rate of 0.11% per annum from this date until the judgment is satisfied, for all of which garnishment and execution may issue. The claims of Lonnie E. Williams against Asbury Automotive Group, Inc., are dismissed with prejudice.

IT IS SO ORDERED this 7th day of February, 2014.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE