# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

LONNIE E. WILLIAMS                                                                                       PLAINTIFF

v.                                              No. 4:12CV00393 JLH

ASBURY AUTOMOTIVE GROUP, INC.;
and NP VKW LLC, d/b/a NORTH POINT
MAZDA/VOLKSWAGEN                                                                                    DEFENDANTS

## JUDGMENT FOR ATTORNEYS' FEES AND COSTS

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Lonnie E. Williams against NP VKW, LLC, d/b/a North Point Mazda/Volkswagen, in the total amount of $168,429.07 plus post-judgment interest to accrue at the rate of 0.12% per annum.

IT IS SO ORDERED this 18th day of March, 2014.

_J. Leon Holmes_

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE